In the Matter of the Accounting of THE FARMERS' LOAN AND TRUST COMPANY, as Temporary Administrator, and as Administrator with the Will Annexed of the Estate of EDWIN O. BRINCKERHOFF, Deceased.

NEW YORK ASSOCIATION FOR IMPROVING THE CONDITION OF THE POOR et al., Appellants; EVELINA D. CLARK et al., Respondents.

*Matter of Farmers' Loan & Trust Co.*, 181 App. Div. 642, affirmed.

(Submitted January 6, 1919; decided January 21, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

March 8, 1918, modifying and affirming as modified a decree of the New York County Surrogate's Court settling the accounts of the administrator of the estate of Edwin O. Brinckerhoff, deceased. The controversy related to allowances made by the Supreme Court, out of the surplus income of the testator, Edwin O. Brinckerhoff, an incompetent person, during his lifetime, to certain of his next of kin, collateral relations, for their support and maintenance; and the question was whether those allowances should be treated as part of the testator's estate on final distribution. The allowances aggregated $20,717.50. The surrogate held that they constituted advances on account of the respective distributive shares in the estate of the next of kin who had received the allowances, and that their amount should be added to the amounts in the administrator's hands for the purpose of computing the shares of the parties. This ruling the Appellate Division reversed.

*Francis Smyth, George N. Whittlesey* and *Matthew. C. Fleming* for appellants.

*Ezekiel Fixman* and *Clarence M. Lewis* for respondents.

Order affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.